UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

      Plaintiffs,

vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

      Defendants,

vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

      Garnishee.

_____/

### AGREED PLAINTIFFS' MOTION FOR ENTRY OF FINAL JUDGMENT IN GARNISHMENT ON THE PLEADINGS AGAINST GARNISHEE BANCO POPULAR NORTH AMERICA

    Plaintiffs, by and through undersigned counsel, hereby file the above captioned Motion for Entry of Final Judgment in Garnishment on the Pleadings Against Garnishee Banco Popular North America, and in support thereof state as follows:

    1.    On August 8th, 2013, Plaintiffs served a Writ of Garnishment [DE.47] upon Garnishee Banco Popular North America d/b/a "Popular Community Bank".  A copy of the Affidavit of Service is attached as Exhibit "1".  The Writ of Garnishment was issued pursuant to a Final Judgment entered against the Defendants on August 8, 2013 in the amount of $50,000.00. [DE.42].

2.      Garnishee Banco Popular North America filed an Answer to the Writ of Garnishment [DE 49] on September 4, 2013.

3.      Plaintiffs' provided the proper "Notice to Defendants Pursuant to Florida Statute §77.055" as required by Florida law [D.E. 50].

4.      In their Answer Garnishee stated, in pertinent part as follows:

> 2.      Banco Popular North America acted expeditiously on the writ and reasonably and diligently searched its records for any accounts of Defendants within one (1) business day of the date of service of the writ, in accordance with Section 77.04, Florida Statutes.
>
> 3.      Banco Popular North America's search of its records indicates that Defendant, Aron Wolfson, holds one joint checking account, number ending in -3572.
>
> 4.      The joint checking account, number ending in -3572, had a balance of $161.26 on the date of service of this writ and has a balance of $2,781.36 as of the date of service of this answer.
>
> 5.      Banco Popular North America's search of its records indicates that Defendant, Aron Wolfson, holds one joint savings account, number ending in -0499.
>
> 6.      The joint savings account, number ending in -0499, had a balance of $3.77 on the date of service of this writ and has a zero balance as of the date of service of this answer.
>
> 8.      Banco Popular North America's search of its records indicates that Defendant, El Rey Del Chivito Corp., previously held two checking accounts that were closed prior to the date of service of this writ.
>
> 9.      Other than as stated above, Banco Popular North America is not indebted to Defendants at the time of service of this Answer, was not indebted to Defendants at the time of service of the Writ of Garnishment, plus sufficient time not to exceed one (1) business day for Banco Popular North America to act expeditiously on the writ, or at any time between such times, nor has Banco Popular North America had any tangible or intangible personal prope11y of Defendants in its hands, possession, or control at any time from the time of service of the writ up to and including the date of service of this Answer.

Answer of Garnishee at D.E. 49, pp. 1-2, ¶¶ 2-9.

2

5.      In its Answer [49], the Garnishee does not request a trial.  Neither has a trial been set.

6.      Garnishee has specifically stated they have no objection to the entry of judgment in the amount of $2,781.36, representing the amounts admittedly held in accounts of the Defendants. See D.E. 55, p. 5, ¶5.

7.      A proposed Final Judgment of Garnishment is attached hereto as Exhibit "1".

WHEREFORE, Plaintiffs respectfully request the Court enter a Final Judgment of Garnishment against Garnishee Banco Popular North America, and enter such further relief and schedule such further hearings as the Court deems meet and proper.

## MEMORANDUM OF LAW

Rule 12(c), Federal Rules of Civil Procedure provides:

(c) Motion for Judgment on the Pleadings. After the pleadings are closed—but early enough not to delay trial—a party may move for judgment on the pleadings.

Rule 12(c), Fed. R. Civ. P.

WHEREFORE, Plaintiffs respectfully request the Court enter a Final Judgment of Garnishment, substantially in the form attached as Exhibit "1".

## CERTIFICATE OF GOOD FAITH CONFERENCE

I hereby certify that undersigned counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion and that resolution of the issue were reached as described in a response e-mail from counsel for Garnishee Banco Popular North America, dated November 6, 2013.

 /s/ Anthony F. Sanchez_____
                Anthony F. Sanchez, Esq.

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on December 16, 2013 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served on all counsel of record and parties listed on the Service List below.

ANTHONY F. SANCHEZ, P.A.
Counsel for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:    305-665-9211
Fax:    305-328-4842
E-mail:  afs@laborlawfla.com

     /s/Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 0789925

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 0789925
E-mail: afs@laborlawfla.com
*Counsel for Plaintiffs*
Anthony F. Sanchez, P.A.
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel:    305-665-9211
Fax:    305-328-4842

Ashley N. Rosenthal, Esq.
Florida Bar No.: 0513792
E-mail: arosenthal@therosenthallaw.com
Jason A. Rosenthal, Esq.
Florida Bar No.: 0009482
E-mail: jason@therosenthallaw.com
*Counsel for Garnishee Banco*
*Popular North America*
The Rosenthal Law Firm, P.A.
4798 New Broad Street, Suite 310
Orlando, FL 32814
Tel:    407-488-1220
Fax:    407-488-1228
*Via Notice of Electronic Filing*

Aron Wolfson
*Judgment Debtor*
6987 Collins Avenue
Miami Beach, FL 33141
*Via First-Class U.S. Mail*

El Rey del Chivito Corp.
c/o Registered Agent Aron Wolfson
c/o Antonio Diaz
*Judgment Debtor*
7950 N.W. 58th Street
Miami, FL 33166
*Via First-Class U.S. Mail*

Aaron Finesilver, Esq.
Florida Bar Number: 577022
E-mail: afinesilver@corderoassociates.com
*Counsel for Chivito Mania, LLC*
CORDERO & ASSOCIATES
200 S. Biscayne Boulevard, Suite 4650
Miami, FL 33131
Tel:    305-777-2677
Fax:    305-777-2670
*via Notice of Electronic Filing*

4