UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

    Plaintiffs,

vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

    Defendants,

vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

    Garnishee.
_____/

## FINAL JUDGMENT IN GARNISHMENT

This matter having come before the Court on the Writ of Garnishment issued by the Clerk of Court and properly served upon Garnishee: Banco Popular North America [DE.47], the Court having reviewed the Writ, and all pertinent parts of the record, and being fully advised on the premises, it is

ORDERED AND ADJUDGED as follows:

1. The Garnishee Banco Popular North America, shall pay to the Plaintiffs, Vanessa Patiño, et al., c/o Anthony F. Sanchez, P.A. IOTA Trust Account, the amount of $2,781.36 from the Defendants' account ending -3572, for which let execution issue.

2. The Court retains jurisdiction to award fees and costs against Judgment Debtors El Rey del Chivito Corporation and Aron Wolfson regarding these Garnishment proceedings pursuant to pursuant to 29 U.S.C. §215 and Florida Statute §77.01 et. seq., and other applicable authority.

**DONE** and **ORDERED** in Chambers, at Miami, Florida this __ day of December, 2013.

---

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE