UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

    Plaintiffs,
vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

    Defendants,
vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

    Garnishee.
_____/

### CERTIFICATE OF SERVICE

Counsel for Plaintiffs, pursuant to Rule 69 of the Federal Rules of Civil Procedure and Florida Statute 77.041(2), hereby certifies that on August 8, 2013 and again on December 18, 2013, he served the following documents by regular U.S. Mail upon Judgment Debtor Aron Wolfson, at two available addresses for him: c/o Antonio Diaz, 7950 N.W. 58th Street, Miami, FL 33166 and 6987 Collins Avenue Miami Beach, FL 33141.  The documents served on that date are described as follows:

    1.    The Motion for Writ of Garnishment After Judgment.  D.E. 46.  See "Exhibit 1".

    2.    The Writ of Garnishment.  D.E. 47. See "Exhibit 2".

    3.    The statutory form of Notice required provided by Florida Statute 77.041(1).  See "Exhibit 3".

I HEREBY FURTHER CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on December 18, 2013 and served on all counsel of record and parties listed on the Service List below.

**ANTHONY F. SANCHEZ, P.A.**
Counsel for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:    305-665-9211
Fax:    305-328-4842
E-mail:   afs@laborlawfla.com

  /s/Anthony F. Sanchez
Anthony F. Sanchez
Florida Bar No. 0789925

### SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 0789925
E-mail: afs@laborlawfla.com
*Counsel for Plaintiff*
Anthony F. Sanchez, P.A.
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel:    305-665-9211
Fax:    305-328-4842

Aaron Finesilver, Esq.
Florida Bar Number: 577022
E-mail: afinesilver@corderoassociates.com
*Counsel for Chivito Mania, LLC*
CORDERO & ASSOCIATES
200 S. Biscayne Boulevard, Suite 4650
Miami, FL 33131
Tel:    305-777-2677
Fax:    305-777-2670
*via Notice of Electronic Filing*

Aron Wolfson
*Judgment Debtor*
6987 Collins Avenue
Miami Beach, FL 33141
*Via First-Class U.S. Mail*

Gary A. Costales, Esq.
Florida Bar No.: 0948829
E-mail: gary@youremploymentattorney.com
*Counsel for Defendants*
Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, FL 33131
Tel:    305-375-9510
Fax:    305-375-9511
*via Notice of Electronic Filing*

Ashley N. Rosenthal, Esq.
Florida Bar No.: 0513792
E-mail: arosenthal@therosenthallaw.com
Jason A. Rosenthal, Esq.
Florida Bar No.: 0009482
E-mail: jason@therosenthallaw.com
*Counsel for Garnishee Banco Popular North America*
The Rosenthal Law Firm, P.A.
4798 New Broad Street, Suite 310
Orlando, FL 32814
Tel:    407-488-1220
Fax:    407-488-1228
*Via Notice of Electronic Filing*

Aron Wolfson
c/o Antonio Diaz
*Judgment Debtor*
7950 N.W. 58th Street
Miami, FL 33166
*Via First-Class U.S. Mail*