UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

    Plaintiffs,

vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

    Defendants,

vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

    Garnishee.
_____/

## MOTION FOR WRIT OF GARNISHMENT AFTER JUDGMENT

    Plaintiffs, by and through undersigned counsel and pursuant to Fed. R. Civ. 64 and 69 and Florida Statutes Chapter 77, hereby files the above captioned motion for Writ of Garnishment After Judgment, and in support thereof states:

    1.    The undersigned Attorney for the Plaintiffs – Vanessa Patiño ($7,076.00), Viviana Patiño ($7,569.00), and Yemina Alvarez ($24,845.75) – states that on the 6th day of April, 2011, the Plaintiffs obtained Final Judgment against the above named Defendants for the sum of **$50,000.00** (in the respective amounts identified by their names, above, and attorney's fees in the amount of $10,509.25) in United States District Court for the Southern District of Florida, Miami Division, in a case styled *Vanessa Patiño, et al., v. El Rey del Chivito Corp., et al.*, Case No. 10-

23726-CIV-HUCK/O'Sullivan, plus any accrued interest, plus attorney's fees and costs to be awarded upon timely motion, for which the Final Judgment expressly reserves jurisdiction.

2. Agreed Final Judgment is filed as docket entry 42.

3. There is due and owing on the judgment **$16,200.00**, plus accrued interest, plus attorney's fees and costs to be awarded upon timely motion, for which the Final Judgment expressly reserves jurisdiction

4. The Plaintiffs expect to recover the last stated amount in this suit of garnishment against the Defendants El Rey del Chivito Corp. and Aron Wolfson.

5. Plaintiff does not believe that the Defendant has in its possession visible property upon which a levy can be made sufficient to satisfy the judgment, and accordingly moves the Court that respective writs of garnishment may issue against the following garnishee:

> **BANCO POPULAR NORTH AMERICA**, whose address is 301 71st Street, Miami Beach, FL, 33141.

6. A proposed Writ of Garnishment is attached as **Exhibit "1".**

ANTHONY F. SANCHEZ, P.A.
Counsel for Plaintiffs
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel.:     305-665-9211
Fax:     305-328-4842
E-mail:   afs@laborlawfla.com

  /s/ Anthony F. Sanchez
    Anthony F. Sanchez
    Florida Bar No. 0789925

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF on August 7, 2013 and served on all counsel of record and parties listed on the Service List below.

>  **ANTHONY F. SANCHEZ, P.A.**
>  Counsel for Plaintiffs
>  6701 Sunset Drive, Suite 101
>  Miami, FL 33143
>  Tel.:    305-665-9211
>  Fax:    305-328-4842
>  E-mail:  afs@laborlawfla.com
>
>  ___/s/Anthony F. Sanchez_____
>  Anthony F. Sanchez
>  Florida Bar No. 0789925

## SERVICE LIST

Anthony F. Sanchez, Esq.
Florida Bar No.: 0789925
E-mail: afs@laborlawfla.com
*Counsel for Plaintiff*
Anthony F. Sanchez, P.A.
6701 Sunset Drive, Suite 101
Miami, FL 33143
Tel:    305-665-9211
Fax:    305-328-4842
*via Notice of Electronic Filing*

Gary A. Costales, Esq.
Florida Bar No.: 0948829
E-mail: gary@youremploymentattorney.com
*Counsel for Defendants*
Gary A. Costales, P.A.
1200 Brickell Avenue, Suite 1230
Miami, FL 33131
Tel:    305-375-9510
Fax:    305-375-9511
*via Notice of Electronic Filing*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

    Plaintiffs,

vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

    Defendants,

vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

    Garnishee.

_____/

**WRIT OF GARNISHMENT**

THE STATE OF FLORIDA:
To all and singular the Sheriffs of the State:

    YOU ARE COMMANDED to summon garnishee, **Banco Popular North America d/b/a "Popular Community Bank",** whose address is **301 71st Street, Miami Beach, FL, 33141**, to serve an Answer to this writ on Anthony F. Sanchez, P.A., Counsel for Plaintiffs, whose address is: 6701 Sunset Drive, Suite 101, Miami, Florida 33143 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendants, El Rey del Chivito Corp. and/or Aron Wolfson, at the time of the answer or was indebted at the time of the of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants, the Garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person(s) indebted to the Defendants or who may have any of the property of the Defendants in his/her/their/its possession or control.  The amount set in Plaintiffs' motion is **$16,200**.

    WITNESS my hand and seal of this Court on this ___ day of August, 2013.

_____
As Clerk of the Court
