*Court Registry*

PAID *$100.00*
In Forma
Pauperis *(S1000 63468*
STEVEN M. Larimore, Clerk

FILED by _____ D.C.

AUG 08 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 10-23726-CIV-HUCK/O'Sullivan

**Vanessa Patiño; Viviana Patiño,** and;
others similarly situated,

      Plaintiffs,

vs.

**El Rey del Chivito Corp.**, a Florida
corporation, and; **Aron Wolfson**, individually,

      Defendants,

vs.

**Banco Popular North America**, a foreign for
profit corporation d/b/a "Popular Community Bank"

      Garnishee.

_____/

### WRIT OF GARNISHMENT

THE STATE OF FLORIDA:
To all and singular the Sheriffs of the State:

      YOU ARE COMMANDED to summon garnishee, **Banco Popular North America d/b/a "Popular Community Bank"**, whose address is **301 71st Street, Miami Beach, FL, 33141**, to serve an Answer to this writ on Anthony F. Sanchez, P.A., Counsel for Plaintiffs, whose address is: 6701 Sunset Drive, Suite 101, Miami, Florida 33143 within 20 days after service on the garnishee, exclusive of the day of service, and to file the original with the clerk of this Court either before service on the attorney or immediately thereafter, stating whether the garnishee is indebted to Defendants, El Rey del Chivito Corp. and/or Aron Wolfson, at the time of the answer or was indebted at the time of the of service of the writ, or at any time between such times, and in what sum and what tangible and intangible personal property of the Defendants, the Garnishee has in its possession or control at the time of the answer or had at the time of service of this writ, or at any time between such times, and whether the garnishee knows of any other person(s) indebted to the Defendants or who may have any of the property of the Defendants in his/her/their/its possession or control. The amount set in Plaintiffs' motion is **$16,200**.

      WITNESS my hand and seal of this Court on this 08 day of August, 2013.

As Clerk of the Court