UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 10-23726-CIV-HUCK/O'SULLIVAN

VANESSA PATINO, *et al.*,
    Plaintiffs,
v.

EL REY DEL CHIVITO CORP., a Florida
corporation, and ARON WOLFSON, individually,
    Defendants,
v.

BANCO POPULAR NORTH AMERICA, a foreign
For profit corporation d/b/a "Popular Community Bank"

    Garnishee.
_____/

## ORDER

This matter is before the Court on the Agreed Supplemental Plaintiffs' Motion for Entry of Final Judgment in Garnishment on the Pleadings Against Garnishee Banco Popular North America [D.E. No. 94], filed on January 10, 2014. On January 28, 2014, the Honorable John J. O'Sullivan, United States Magistrate Judge, filed a Report and Recommendation [D.E. No. 95] recommending that Plaintiffs' Motion be granted. No parties have objected to the Report and Recommendation. Accordingly, it is hereby

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report and Recommendation [D.E. No. 95], and Plaintiffs' Motion [D.E. No. 94] is GRANTED as follows:

    1.    Garnishee Banco Popular North America, shall pay to the Plaintiffs, Vanessa Patiño, et al., c/o Anthony F. Sanchez, P.A. IOTA Trust Account, the amount of $2,781.36 from the Defendants' account ending -3572, for which let execution issue.

    2.    The Clerk of Court shall disburse the $100 statutory attorneys' fee to Banco Popular North America.

3. The Court retains jurisdiction to award fees and costs against Judgment Debtors El Rey del Chivito Corporation and Aron Wolfson regarding these Garnishment proceedings pursuant to 29 U.S.C. §215 and Florida Statute §77.01 *et. seq.*, and other applicable authority.

**DONE** and **ORDERED** in Chambers, Miami, Florida this 18th day of February, 2014.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

**Copies provided to:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record